[No. 25525-8-I. Division One. May 6, 1991.]

ANGELINA COLARUSSO, *as Guardian ad Litem, Respondent,* v. GLEN E. PETERSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-15064-8, Edward Heavey, J., entered January 18, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Webster, JJ. Now published at 61 Wn. App. 767.

[No. 23111-1-I. Division One. May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL D. SCHRAMMECK, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00099-3, John E. Rutter, Jr., J., entered October 17, 1988. *Affirmed* by unpublished opinion per Britt, J. Pro Tem., concurred in by Pekelis and Baker, JJ.

[No. 25544-4-I. Division One. May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES N. THORP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-03817-6, James A. Noe, J., entered January 26, 1990. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Webster, A.C.J., and Forrest, J.